Opinion on Rehearing

**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 99-6543**

———————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

JEFFREY ROY CROSBY,

Defendant - Appellant.

———————

Appeal from the United States District Court for the District of South Carolina, at Florence.   C.  Weston Houck, Chief District Judge.  (CR-95-619, CA-96-788-4-12)

———————

Submitted:  October 8, 1999          Decided:  December 13, 1999

———————

Before NIEMEYER, WILLIAMS, and KING, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Jeffrey Roy Crosby, Appellant Pro Se.  William Earl Day, II, Assistant United States Attorney, Florence, South Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

This appeal is before us on Appellant Jeffrey Roy Crosby's petition for rehearing. We denied a certificate of appealability and dismissed on the merits Crosby's appeal of the district court's denial of his motion filed pursuant to 28 U.S.C.A. § 2255 (West Supp. 1999). However, in light of new evidence that Crosby's § 2255 motion was filed prior to the enactment of the Antiterrorism and Effective Death Penalty Act of 1996, we grant rehearing and affirm on the reasoning of the district court. See United States v. Crosby, Nos. CR-95-619; CA-96-788-4-12 (D.S.C. Mar. 30, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED